**FILED & ENTERED**

**APR 12 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10726-TA |
| MARIA MERCEDES IBARA DE ACOSTA, | Chapter 13 |
| | ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED BECAUSE DEBTOR HAS ANOTHER CASE PENDING BEFORE THIS COURT |
| Debtor, | Hearing:<br>Date: May 17, 2023<br>Time: 3:00 p.m.<br>Ctrm: 5B (via ZoomGov) |

Debtor initiated this case with the filing of a chapter 13 petition on April 11, 2023. Debtor currently has pending before this court a chapter 13 case, 8:19-bk-12279-TA. Debtor is ordered to appear at the date and time listed above and show cause, if any, why this case should not be dismissed because Debtor has a pending chapter 13 case. Responses must be filed by May 10, 2023.

//

//

//

//

1

The ZoomGov connection information for the hearing is:

| | |
|---|---|
| Video/audio web address: | https://cacb.zoomgov.com/j/1617566269 |
| ZoomGov meeting number: | 161 756 6269 |
| Password: | 617077 |
| Telephone conference lines: | 1 (669) 254 5252 or 1 (646) 828 7666 |
| | ### |

Date: April 12, 2023

Theodor C. Albert
United States Bankruptcy Judge