United States Bankruptcy Court

Central District of California

In re:  Case No. 23-10726-TA

Maria Mercedes Ibarra de Acosta  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1

Date Rcvd: Apr 12, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maria Mercedes Ibarra de Acosta, 1610 S Flower St, Santa Ana, CA 92707-1504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Maria Mercedes Ibarra de Acosta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**FILED & ENTERED**

**APR 12 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10726-TA |
| MARIA MERCEDES IBARA DE ACOSTA, | Chapter 13 |
| Debtor, | ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED BECAUSE DEBTOR HAS ANOTHER CASE PENDING BEFORE THIS COURT |
| | Hearing:<br>Date: May 17, 2023<br>Time: 3:00 p.m.<br>Ctrm: 5B (via ZoomGov) |

Debtor initiated this case with the filing of a chapter 13 petition on April 11, 2023. Debtor currently has pending before this court a chapter 13 case, 8:19-bk-12279-TA. Debtor is ordered to appear at the date and time listed above and show cause, if any, why this case should not be dismissed because Debtor has a pending chapter 13 case. Responses must be filed by May 10, 2023.

//

//

//

//

1

The ZoomGov connection information for the hearing is:

| | |
|---|---|
| Video/audio web address: | https://cacb.zoomgov.com/j/1617566269 |
| ZoomGov meeting number: | 161 756 6269 |
| Password: | 617077 |
| Telephone conference lines: | 1 (669) 254 5252 or 1 (646) 828 7666 |

###

Date: April 12, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge

2