UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:                                                                  CASE NO.: 23-10726

                                                                                               CHAPTER 13

**Maria Mercedes Ibarra de Acosta,**

   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP**
**350 10TH AVENUE, SUITE 1000**
**SAN DIEGO, CA 92101**

                                                 Robertson, Anschutz, Schneid & Crane LLP
                                                 Authorized Agent for Secured Creditor
                                                 350 10th Avenue, Suite 1000
                                                 San Diego, CA 92101
                                                 Telephone: 470-321-7112

                                         By: /s/Sean Ferry
                                                   Sean Ferry
                                                   Email: sferry@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on April 18, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MARIA MERCEDES IBARRA DE ACOSTA
1610 S FLOWER ST
SANTA ANA, CA 92707

And via electronic mail to:

BENJAMIN HESTON
100 BAYVIEW CIRCLE, SUITE 100
NEWPORT BEACH, CA 92660

AMRANE (SA) COHEN (TR)
770 THE CITY DRIVE SOUTH SUITE 3700
ORANGE, CA 92868

UNITED STATES TRUSTEE (SA)
411 W FOURTH ST., SUITE 7160
SANTA ANA, CA 92701-4593

                                                            By: /s/ Brianna Carr