| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Santa Ana Division

| In re:<br>Maria Mercedes Ibarra de Acosta<br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10726-TA<br>CHAPTER: Chapter 13<br><br>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 04/24/2023          Maria Mercedes Ibarra de Acosta          */s/ Maria Mercedes Ibarra de Acosta*
                          Printed name of Debtor 1                   Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____          _____
                              Printed name of Debtor 2             Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                          F 1002-1.EMP.INCOME.DEC