# United States Bankruptcy Court
## Central District of California

411 W Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

# **NOTICE**

**BANKRUPTCY NO.: 8:23-BK 10726 TA**
**DEBTOR(S) INFORMATION: Maria Mercedes Ibarra de Acosta**
**CHAPTER: 13**
**Confirmation Date/Time: June 28, 2023 at 1:30 p.m.**

YOU ARE HEREBY NOTIFIED: That your Confirmation hearing will take place using Zoom for Government. The service is free to participants.

You will not be permitted to be physically present in the courtroom. Participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

**Zoom Meeting URL**: https://cacb.zoomgov.com/j/1619170878
**Meeting ID**: 161 917 0878
**Password**: 344854

If you are unable to send and receive audio through your computer or other device, you may appear by telephone by using the following audio conference information:

**Audioconference Tel. No.**: +1 (669) 254 5252 or +1 (646) 828 7666
**Meeting ID**: 161 917 0878
**Password**: 344854

|  |  |
|---|---|
| Dated: May 31, 2023 | For The Court, |
|  | **Kathleen J. Campbell** |
|  | **Clerk of Court** |