United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10726-TA |
| Maria Mercedes Ibarra de Acosta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: May 31, 2023 | Form ID: pdf002 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Mercedes Ibarra de Acosta, 1610 S Flower St, Santa Ana, CA 92707-1504 |
| cr | + | Wells Fargo Bank, National Association, as Trustee, Robertson, Anschutz, Schneid, Crane & Pa, 350 10th Avenue, suite 1000, San Deigo, CA 92101-8705 |
| 41494746 | | PHH Mortgage, Po Box 371458, Pittsburgh, PA 15250-7458 |
| 41494747 | | Robertson, Anschutz, Schneid, & Crane, 350 10th Ave Ste 1000, San Diego, CA 92101-8705 |
| 41551659 | + | SoCalGas, PO Box 30337, Los Angeles, CA 90030-0337 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jun 01 2023 01:18:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 01 2023 01:19:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41494745 | + | Email/Text: g17768@att.com | Jun 01 2023 01:18:00 | AT&T Corp, One AT&T Way, Room 3A 104, Bedminster, NJ 07921-2694 |
| 41494748 | | Email/PDF: ebn_ais@aisinfo.com | Jun 01 2023 01:25:09 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 41494749 | | Email/Text: BKEBN-Notifications@ocwen.com | Jun 01 2023 01:18:00 | Wells Fargo Bank, Po Box 5469, Mount Laurel, NJ 08054-5469 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: May 31, 2023 | Form ID: pdf002 | Total Noticed: 10

Date: Jun 02, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Maria Mercedes Ibarra de Acosta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Sean C Ferry | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 sferry@raslg.com, sferry@ecf.courtdrive.com |
| Theron S Covey | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 tcovey@raslg.com, sferry@raslg.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

United States Bankruptcy Court

Central District of California

411 W Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

## NOTICE

**BANKRUPTCY NO.: 8:23-BK 10726 TA**
**DEBTOR(S) INFORMATION: Maria Mercedes Ibarra de Acosta**
**CHAPTER: 13**
**Confirmation Date/Time: June 28, 2023 at 1:30 p.m.**

YOU ARE HEREBY NOTIFIED: That your Confirmation hearing will take place using Zoom for Government. The service is free to participants.

You will not be permitted to be physically present in the courtroom. Participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

**Zoom Meeting URL**: https://cacb.zoomgov.com/j/1619170878
**Meeting ID**: 161 917 0878
**Password**: 344854

If you are unable to send and receive audio through your computer or other device, you may appear by telephone by using the following audio conference information:

**Audioconference Tel. No.**: +1 (669) 254 5252 or +1 (646) 828 7666
**Meeting ID**: 161 917 0878
**Password**: 344854

|  |  |
|---|---|
| Dated: May 31, 2023 | For The Court,<br>**Kathleen J. Campbell**<br>**Clerk of Court** |