| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Sean C. Ferry (SBN 310347)<br>sferry@raslg.com<br>Robertson, Anschutz, Schneid & Crane LLP<br>350 10th Ave., Suite 1000<br>San Diego, CA 92101<br>Telephone: (470) 321-7112 x 52151<br><br>☑ Attorney for  Creditor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re

Debtor(s),

Plaintiff(s),

vs.

Debtor(s).

CHAPTER

CASE NUMBER

☐ ADVERSARY NUMBER (if applicable)
☑ See attached list for multiple cases that require an update to the attorneys information

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Sean C. Ferry , 310347 , sferry@raslg.com
　　Name　　　　　　　　　Bar ID Number　　　　　　E-Mail Address

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to Fanny Zhang Wan
New Firm/Government Agency Name_____
New Address_____
New Telephone Number (470) 321-7112　　New Facsimile Number _____
New E-Mail Address fwan@raslg.com

_____
Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

❏ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ❏ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

☑ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ☑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 6/30/23                                    /s/ Sean C. Ferry
                                                  Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case No. | Case Title |
|---|---|
| 8:20-bk-11746-MH | Cristobal Acosta |
| 8:20-bk-11802-TA | Mary Vermiglio Whitney and Jack Douglas Whitney |
| 8:20-bk-12191-MH | Silvia Elena Perez De Lue |
| 8:21-bk-10164-TA | Rhonda Hall Alter |
| 8:21-bk-10246-SC | Texas Tire Warehouse, LLC |
| 8:21-bk-10284-MH | Edward Salti |
| 8:21-bk-10722-MH | Jacqueline C Bowman and Collin L Bowman |
| 8:21-bk-11479-SC | Charles J. Brandenburger |
| 8:21-bk-11631-MH | Steven George Schultz |
| 8:21-bk-12349-TA | William Campbell |
| 8:21-bk-12636-TA | Wayne D Mock, Sr. and Mitzi M Mock |
| 8:21-bk-12805-TA | Richard Lou Susag |
| 8:22-bk-10127-MH | Jason M Lee and Janice Chen |
| 8:22-bk-10919-MH | Patricia Long |
| 8:22-bk-12040-MH | Michael R Gallagher |
| 8:23-bk-10097-MH | John Franklin Kohl, III and Fe Penaverde Kohl |
| 8:23-bk-10726-TA | Maria Mercedes Ibarra de Acosta |
| 8:23-bk-10741-MH | Jose Enemencio Lopez, Jr. and Thanh Thao Lopez |
| 8:23-bk-10765-MH | Jill Marie Bergman |
| 9:15-bk-11629-RC | Lance Darren Milatz |