**Amrane Cohen, Trustee**  
**Orange City Square**  
**770 The City Dr. South, #3700**  
**Orange, CA 92868**

Case#: 8:23-bk-10726-TA

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRUSTEE'S SIX MONTH REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from April 01, 2024 to September 30, 2024  
Chapter 13 Case #: 8:23-bk-10726-TA

Re:  Maria Mercedes Ibarra de Acosta  
     1610 S Flower St  
     Santa Ana, CA 92707

Attorney: Benjamin Heston  
            100 Bayview Circle, Suite 100  
            Newport Beach, CA 92660

This case percentage to unsecured creditors is 0.00 %

## RECEIPTS FOR PERIOD

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|---|---|---|---|---|---|---|---|---|
| Apr-24 | 9729120000 | $3,406.00 | May-24 | 9773565000 | $3,406.00 | Jun-24 | 9823350000 | $3,406.00 |
| Jul-24 | 9880705000 | $3,406.00 | Aug-24 | 9926435000 | $3,406.00 | Sep-24 | 9973112000 | $3,406.00 |

## CLAIMS STATUS AND DISTRIBUTIONS FOR THE PERIOD

| CLAIMANT NAME | | ACCOUNT # | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt | |

**Amrane (SA) Cohen (TR)**
| 8 | | | | NOT FILED | | | | |

**AT&T Corp**    6373
| 2 | | | | NOT FILED | | | | |

**Benjamin Heston**
| 9 | | | | NOT FILED | | | | |

**City of Santa Ana**    7300
| 12 | | | | NOT FILED | | | | |

**PHH Mortgage**
| 3 | | | | NOT FILED | | | | |

**PHH Mortgage Corporation**
| 18 | | | | NOT FILED | | | | |

**PHH MORTGAGE SERVICES**    5981
| 7 | 2 | Secured | | 41,479.19 | 100.00% | 4,789.80 | 0.00 | 36,689.39 |
| April 05, 2024 | 6243713 | CR | $669.00 | May 03, 2024 | 6244159 | CR | $824.16 | |
| June 10, 2024 | 6244634 | CR | $824.16 | July 12, 2024 | 6245117 | CR | $824.16 | |
| August 09, 2024 | 6245551 | CR | $824.16 | September 06, 2024 | 6245974 | CR | $824.16 | |

| CLAIMANT NAME | | ACCOUNT # | | | | | | Case#: 8:23-bk-10726-TA | |
|---|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance | |
| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt | | |
| 15 | 2 | Secured | | | 100.00% | 31,257.00 | 0.00 | 2,226.24 | |
| April 05, 2024 | 6243713 | OMP | $2,236.20 | May 03, 2024 | 6244159 | OMP | $2,226.24 | | |
| June 10, 2024 | 6244634 | OMP | $2,226.24 | July 12, 2024 | 6245117 | OMP | $2,226.24 | | |
| August 09, 2024 | 6245551 | OMP | $2,226.24 | September 06, 2024 | 6245974 | OMP | $2,226.24 | | |
| 16 | 2 | Secured | | | 100.00% | 4,673.80 | 0.00 | 0.00 | |
| April 05, 2024 | 6243713 | CR | $145.20 | | | | | | |
| 17 | 2 | Secured | | | 100.00% | 90.00 | 0.00 | 860.00 | |
| April 05, 2024 | 6243713 | CR | $15.00 | May 03, 2024 | 6244159 | CR | $15.00 | | |
| June 10, 2024 | 6244634 | CR | $15.00 | July 12, 2024 | 6245117 | CR | $15.00 | | |
| August 09, 2024 | 6245551 | CR | $15.00 | September 06, 2024 | 6245974 | CR | $15.00 | | |

**Robertson, Anschutz, Schneid, & Crane**

| 4 | | | | NOT FILED | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**ROBERTSON, ANSHUTZ, SCHNEID, CRAN**

| 10 | | | | NOT FILED | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Santa Ana Division**

| 1 | | | | NOT FILED | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**SoCalGas**

| 19 | | | | NOT FILED | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**SOUTHERN CALIFORNIA EDISON**  9989

| 13 | | | | NOT FILED | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Southern California Gas Company**  6865

| 14 | 1 | Unsecured | | 831.79 | 0.00% | 0.00 | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|---|---|---|

**T Mobile/T-Mobile USA Inc**  3887

| 5 | | | | NOT FILED | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**United States Trustee (SA)**

| 6 | | | | NOT FILED | | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Wells Fargo Bank, National Association, as T**

| 11 | | | | NOT FILED | | | | | |
|---|---|---|---|---|---|---|---|---|---|

Case#: 8:23-bk-10726-TA

## SUMMARY TOTALS TO DATE

Summary of all receipts and disbursements from the date the case was filed, to and including: 09/30/2024

Receipts: $52,640.00  Plan Base: * $0.00  Base Balance: ** $0.00  Balance On Hand: $3,065.40

Paid to Creditors: $40,810.60  Attorney Fees: $3,500.00  Debtor Refund: $0.00  Trustee Fees: $5,264.00

**NOTE:** Checks issued by this office are highlighted in grey.

**\* NOTE:** The Debtor(s) must pay the greater of the principal balance or the base balance to qualify for a discharge. To obtain a plan balance contact the office at 714-621-0200 or connect to www.ndc.org.

**\*\* NOTE:** Base Balance does not represent the payoff amount for your case. However, it does represent the minimum amount that you must pay into the case to qualify for a discharge.

You must provide copies of your tax returns to the trustee within 15 days of filing. Failure to provide these tax returns may result in dismissal of your case or a challenge to your discharge. Tax refunds received by Debtor(s) who are not paying 100% to unsecured creditors are usually pledged to the plan. Any net refund you are entitled to less $500 per year must be turned over to the Trustee.

You can make your plan payment electronically as described below:

### ePay for the Office of Amrane Cohen, Chapter 13 Trustee

ePay is an on-line system that allows you to tender your payments to the trustee on-line. You will benefit from using this system because:

The cost of the system may be less than the cost of purchasing cashier's checks or money order.

You can schedule when you make your payments - however you are still responsible for making your payments prior to the due date.

You will get e-mail confirmation that your payment has been tendered.

If there is any problem getting the funds from your bank account you will get notification the next day.

Payments will usually be posted to your case within two business days.

You can tender any tax refunds pledged to the plan through this system.

You must register an account to take advantage of this system. Registering is free and simple. It can be done on-line at your convenience. You may access the ePay system by visiting our web site: ch13ac.com and clicking on the ePay selection on the first page of the site.

You will be required to enter a transaction ID. In your case, your transaction ID is **2310726** followed by the last 4 digits of the social security number of person listed first in this report (if you have a joint case).

There is a fee charged by our bank for this service and that fee is charged to you directly by the bank. The fee is $2.00 per payment.

We hope you will decide to use this system to tender all your payments to the office.

**A private service which provides similar functions can be found at www.TFSbillpay.com**
**Fees are listed on the site, and range from $0.99 to $7.99**

**Case#: 8:23-bk-10726-TA**