**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**

**UNITED STATES BANKRUPTCY COURT CENTRAL**
**DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| IN RE:<br>  MARIA MERCEDES IBARRA DE ACOSTA | **Chapter 13**<br>**Case No.:  8:23-bk-10726-MH**<br>**NOTICE OF MOTION AND VERIFIED**<br>**MOTION FOR ORDER DISMISSING**<br>**CHAPTER 13 PROCEEDING (11 U.S.C. -**<br>**1307(c))** |

PLEASE TAKE NOTICE THAT THE TRUSTEE HEREIN MOVES FOR AN ORDER DISMISSING THIS PROCEEDING ON OR AFTER 2/28/2026 UNLESS ARRANGEMENTS ARE MADE BY THE ABOVE-NAMED DEBTOR(S) TO CURE THE DELINQUENT PAYMENTS IN THE AMOUNT OF $10,216.00.  IN ADDITION TO THE DELINQUENT AMOUNT LISTED, DEBTOR(S) MUST CURE ANY SUBSEQUENT TRUSTEE PAYMENT THAT MAY COME DUE AFTER THE DATE OF THIS NOTICE. THIS MOTION IS BASED ON THE FOLLOWING GROUNDS: MATERIAL DEFAULT BY THE DEBTOR(S) WITH RESPECT TO THE TERM OF THE CONFIRMED PLAN BY FAILING TO MAKE PAYMENTS ACCORDING TO THE PLAN (11 U.SC. 1307(c)(6)).

A HISTORY OF THE PAYMENTS RECEIVED IN THIS CASE IS LISTED ON THE NEXT PAGE.

THIS MOTION MAY BE GRANTED WITHOUT A HEARING, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1(o)(1). ANY PARTY IN INTEREST WHO WISHES TO OPPOSE THE MOTION MUST OBTAIN A HEARING DATE FROM THE CLERK OF THE COURT FOR THE SANTA ANA DIVISION AND MUST SERVE AND FILE HIS OPPOSITION PAPERS ON THE TRUSTEE WITHIN FOURTEEN(14) DAYS OF THE DATE OF SERVICE OF THIS MOTION.

/S/AMRANE COHEN
AMRANE COHEN

AMRANE COHEN DECLARES UNDER PENALTY OF PERJURY THAT HE IS THE DULY APPOINTED, QUALIFIED AND ACTING CHAPTER 13 TRUSTEE AND THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT ORANGE, CALIFORNIA ON

DATED: 1/27/2026                                          /S/AMRANE COHEN
                                                              AMRANE COHEN

# RECEIPT HISTORY

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|---|---|---|---|---|---|---|---|---|
| 05/24/2023 | 9182312000 | $775.00 | 06/08/2023 | 9212318000 | $775.00 | 07/07/2023 | 9263289000 | $775.00 |
| 07/17/2023 | 9275179000 | $2,631.00 | 08/08/2023 | 9318441000 | $3,406.00 | 09/12/2023 | 9376392000 | $3,406.00 |
| 10/19/2023 | 9439843000 | $3,406.00 | 11/20/2023 | 9492529000 | $3,406.00 | 12/13/2023 | 9530686000 | $3,406.00 |
| 01/09/2024 | 9574727000 | $3,406.00 | 02/13/2024 | 9631016000 | $3,406.00 | 03/11/2024 | 9677856000 | $3,406.00 |
| 04/11/2024 | 9729120000 | $3,406.00 | 05/08/2024 | 9773565000 | $3,406.00 | 06/07/2024 | 9823350000 | $3,406.00 |
| 07/15/2024 | 9880705000 | $3,406.00 | 08/12/2024 | 9926435000 | $3,406.00 | 09/11/2024 | 9973112000 | $3,406.00 |
| 10/15/2024 | 1002326700 | $3,406.00 | 10/15/2024 | 1002778700 | $3,406.00 | 10/21/2024 | 1002326700 | ($3,406.00) |
| 12/11/2024 | | $3,408.00 | 12/19/2024 | 1012596000 | $3,404.00 | 01/27/2025 | 1017626700 | $3,406.00 |
| 03/05/2025 | 1021414800 | $3,406.00 | 04/03/2025 | I1VTGS5YNS-P | $3,406.00 | 04/21/2025 | I136GQQYDR-F | $3,406.00 |
| 05/09/2025 | I1XXLM83WH- | $3,406.00 | 06/03/2025 | I1XJL1BN54-Plé | $3,406.00 | 07/15/2025 | I1DNLZFTRG-P | $3,406.00 |
| 08/05/2025 | I1DTF95V93-Plé | $3,406.00 | 09/16/2025 | I1NNFC7HDN-F | $3,406.00 | 09/22/2025 | I1NNFC7HDN-F | ($3,406.00) |
| 09/23/2025 | I1NFF0FV0R-Pl | $3,406.00 | 10/21/2025 | I12RSMFH19-Pl | $3,406.00 | 10/24/2025 | I12RSMFH19-Pl | ($3,406.00) |
| 11/07/2025 | | $3,408.00 | | | | | | |

| In re:<br><br>Maria Mercedes Ibarra de Acosta<br>1610 S Flower St<br>Santa Ana,  CA  92707 | **CHAPTER 13** |
|---|---|
| Debtor(s). | **Case No.:** 8:23-bk-10726-MH |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA  92868

The foregoing document described as **NOTICE OF MOTION AND VERIFIED MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (11 U.S.C. - 1307(c))** will be served  or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 1/27/2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

   Benjamin Heston                                BHESTON.ECF@GMAIL.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 1/27/2026 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

   Maria Mercedes Ibarra de Acosta
   1610 S Flower St
   Santa Ana, CA 92707

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/27/2026 | CHRIS WILLISON | /s/_CHRIS WILLISON__ |
|---|---|---|
| Date | Type Name | CHRIS WILLISON |