**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**

**UNITED STATES BANKRUPTCY COURT CENTRAL**
**DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br>  **MARIA MERCEDES IBARRA DE ACOSTA**<br><br><br><br>               Debtor(s). | **Chapter 13**<br>**Case No.:  8:23-bk-10726-MH**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13  (11 U.S.C. - 1307(C))**<br><br>**(No Date Set)** |

TO DEBTOR(S), COUNSEL, ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby files the Voluntary Dismissal of his Motion to Dismiss the Case (11 U.S.C. 1307(C)) dated January 27, 2026, Docket No.50.

March 19, 2026

/s/ Amrane Cohen
Amrane Cohen
Chapter 13 Trustee