**Fill in this information to identify the case:**

Debtor 1  **Maria Mercedes Ibarra de Acosta**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **CENTRAL DISTRICT OF CALIFORNIA**

(State)

Case Number   **8:23-bk-10726-MH**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of claim holder:**   PHH MORTGAGE SERVICES

**Court claim no.**  (if known):
2

**Last 4 digits** of any number you use to identify the debtor's account:   5  9  8  1

**Property Address:**   1610 S Flower St
Number      Street

SANTA ANA                                    CA      92707
City                                    State    ZIP Code

| **Part 2:** | **Statement of Completion** |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| **Part 3:** | **Arrearages** |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $    41,479.19 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $    41,479.19 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $    4,673.80 |
| d.  Total amount of arrearages disbursed by the trustee: | $    46,152.99 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $      72,300.07

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>March 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $        950.00

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Amrane Cohen                                             Date    04/21/2026
_____                                   _____
Signature

Trustee    Amrane Cohen
           _____
           First Name          Middle Name          Last Name

Address    ORANGE CITY SQUARE, 770 THE CITY DR. SOUTH, #3700
           _____
           Number          Street

           ORANGE                              CA      92868
           _____
           City                              State    ZIP Code

Contact phone   (714) 621-0200          Email   efile@ch13ac.com

| Debtor 1 | Maria Mercedes Ibarra de Acosta | | Case Number | 8:23-bk-10726-MH | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 2 | PHH MORTGAGE SERVICES | 04/05/2024 | 6243713 | Amount Disbursed To Creditor | 669.00 |
| 2 | PHH MORTGAGE SERVICES | 05/03/2024 | 6244159 | Amount Disbursed To Creditor | 824.16 |
| 2 | PHH MORTGAGE SERVICES | 06/10/2024 | 6244634 | Amount Disbursed To Creditor | 824.16 |
| 2 | PHH MORTGAGE SERVICES | 07/12/2024 | 6245117 | Amount Disbursed To Creditor | 824.16 |
| 2 | PHH MORTGAGE SERVICES | 08/09/2024 | 6245551 | Amount Disbursed To Creditor | 824.16 |
| 2 | PHH MORTGAGE SERVICES | 09/06/2024 | 6245974 | Amount Disbursed To Creditor | 824.16 |
| 2 | PHH MORTGAGE SERVICES | 10/04/2024 | 6246400 | Amount Disbursed To Creditor | 824.16 |
| 2 | PHH MORTGAGE SERVICES | 11/08/2024 | 6246859 | Amount Disbursed To Creditor | 824.16 |
| 2 | PHH MORTGAGE SERVICES | 01/03/2025 | 6247696 | Amount Disbursed To Creditor | 1,648.32 |
| 2 | PHH MORTGAGE SERVICES | 02/07/2025 | 6248120 | Amount Disbursed To Creditor | 824.16 |
| 2 | PHH MORTGAGE SERVICES | 04/11/2025 | 6248978 | Amount Disbursed To Creditor | 1,648.32 |
| 2 | PHH MORTGAGE SERVICES | 05/09/2025 | 6249385 | Amount Disbursed To Creditor | 735.91 |
| 2 | PHH MORTGAGE SERVICES | 06/06/2025 | 6249751 | Amount Disbursed To Creditor | 735.91 |
| 2 | PHH MORTGAGE SERVICES | 07/02/2025 | 6250100 | Amount Disbursed To Creditor | 735.91 |
| 2 | PHH MORTGAGE SERVICES | 08/08/2025 | 6250481 | Amount Disbursed To Creditor | 735.91 |
| 2 | PHH MORTGAGE SERVICES | 09/05/2025 | 6250864 | Amount Disbursed To Creditor | 735.91 |
| 2 | PHH MORTGAGE SERVICES | 10/01/2025 | 6251237 | Amount Disbursed To Creditor | 735.91 |
| 2 | PHH MORTGAGE SERVICES | 04/10/2026 | 6253643 | Amount Disbursed To Creditor | 26,504.81 |

Total for Claim Number 2: 41,479.19

**Total for Part 3 - b (Prepetition Arrears):** **41,479.19**

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 2 | PHH MORTGAGE SERVICES | 10/06/2023 | 6240899 | Amount Disbursed To Creditor | 382.60 |
| 2 | PHH MORTGAGE SERVICES | 11/09/2023 | 6241390 | Amount Disbursed To Creditor | 829.20 |
| 2 | PHH MORTGAGE SERVICES | 12/08/2023 | 6241847 | Amount Disbursed To Creditor | 829.20 |
| 2 | PHH MORTGAGE SERVICES | 01/05/2024 | 6242287 | Amount Disbursed To Creditor | 829.20 |
| 2 | PHH MORTGAGE SERVICES | 02/09/2024 | 6242776 | Amount Disbursed To Creditor | 829.20 |
| 2 | PHH MORTGAGE SERVICES | 03/08/2024 | 6243234 | Amount Disbursed To Creditor | 829.20 |
| 2 | PHH MORTGAGE SERVICES | 04/05/2024 | 6243713 | Amount Disbursed To Creditor | 145.20 |

Total for Claim Number 2: 4,673.80

**Total for Part 3 - c (Postpetition Arrears):** **4,673.80**

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 2 | PHH MORTGAGE SERVICES | 08/04/2023 | 6239885 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 09/08/2023 | 6240399 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 10/06/2023 | 6240899 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 11/09/2023 | 6241389 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 12/08/2023 | 6241847 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 01/05/2024 | 6242287 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 02/09/2024 | 6242776 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 03/08/2024 | 6243234 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 04/05/2024 | 6243713 | Ongoing Mortgage Payment | 2,236.20 |
| 2 | PHH MORTGAGE SERVICES | 05/03/2024 | 6244159 | Ongoing Mortgage Payment | 2,226.24 |
| 2 | PHH MORTGAGE SERVICES | 06/10/2024 | 6244634 | Ongoing Mortgage Payment | 2,226.24 |
| 2 | PHH MORTGAGE SERVICES | 07/12/2024 | 6245117 | Ongoing Mortgage Payment | 2,226.24 |
| 2 | PHH MORTGAGE SERVICES | 08/09/2024 | 6245551 | Ongoing Mortgage Payment | 2,226.24 |
| 2 | PHH MORTGAGE SERVICES | 09/06/2024 | 6245974 | Ongoing Mortgage Payment | 2,226.24 |
| 2 | PHH MORTGAGE SERVICES | 10/04/2024 | 6246400 | Ongoing Mortgage Payment | 2,226.24 |
| 2 | PHH MORTGAGE SERVICES | 11/08/2024 | 6246859 | Ongoing Mortgage Payment | 2,226.24 |
| 2 | PHH MORTGAGE SERVICES | 01/03/2025 | 6247696 | Ongoing Mortgage Payment | 4,452.48 |
| 2 | PHH MORTGAGE SERVICES | 02/07/2025 | 6248120 | Ongoing Mortgage Payment | 2,226.24 |
| 2 | PHH MORTGAGE SERVICES | 04/11/2025 | 6248978 | Ongoing Mortgage Payment | 4,452.48 |
| 2 | PHH MORTGAGE SERVICES | 05/09/2025 | 6249385 | Ongoing Mortgage Payment | 2,314.49 |
| 2 | PHH MORTGAGE SERVICES | 06/06/2025 | 6249751 | Ongoing Mortgage Payment | 2,314.49 |
| 2 | PHH MORTGAGE SERVICES | 07/02/2025 | 6250100 | Ongoing Mortgage Payment | 2,314.49 |
| 2 | PHH MORTGAGE SERVICES | 08/08/2025 | 6250481 | Ongoing Mortgage Payment | 2,314.49 |
| 2 | PHH MORTGAGE SERVICES | 09/05/2025 | 6250864 | Ongoing Mortgage Payment | 2,314.49 |
| 2 | PHH MORTGAGE SERVICES | 10/01/2025 | 6251237 | Ongoing Mortgage Payment | 2,314.49 |
| 2 | PHH MORTGAGE SERVICES | 12/05/2025 | 6252021 | Ongoing Mortgage Payment | 2,314.49 |
| 2 | PHH MORTGAGE SERVICES | 04/10/2026 | 6253643 | Ongoing Mortgage Payment | 9,257.96 |

Total for Claim Number 2: 72,300.07

Debtor 1    **Maria Mercedes Ibarra de Acosta**                                     Case Number  **8:23-bk-10726-MH**                                Page 2
  Name

# History Of Payments

|  |  |  |  |  | **Total for Part 4 - a (Postpetition Payments):** | **72,300.07** |
|---|---|---|---|---|---|---|

**Part 5 (Postpetition Fees, Expenses, and Charges)**

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 2 | PHH MORTGAGE SERVICES | 04/05/2024 | 6243713 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 05/03/2024 | 6244159 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 06/10/2024 | 6244634 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 07/12/2024 | 6245117 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 08/09/2024 | 6245551 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 09/06/2024 | 6245974 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 10/04/2024 | 6246400 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 11/08/2024 | 6246859 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 01/03/2025 | 6247696 | Amount Disbursed To Creditor | 30.00 |
| 2 | PHH MORTGAGE SERVICES | 02/07/2025 | 6248120 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 04/11/2025 | 6248978 | Amount Disbursed To Creditor | 30.00 |
| 2 | PHH MORTGAGE SERVICES | 05/09/2025 | 6249385 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 06/06/2025 | 6249751 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 07/02/2025 | 6250100 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 08/08/2025 | 6250481 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 09/05/2025 | 6250864 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 10/01/2025 | 6251237 | Amount Disbursed To Creditor | 15.00 |
| 2 | PHH MORTGAGE SERVICES | 04/10/2026 | 6253643 | Amount Disbursed To Creditor | 665.00 |
|  |  |  |  | Total for Claim Number 2: | 950.00 |

|  |  |  |  | **Total for Part 5 (Postpetition Fees, Expenses, and Charges):** | **950.00** |
|---|---|---|---|---|---|