Certificate Number: 14912-CAC-DE-040887512

Bankruptcy Case Number: 23-10726



14912-CAC-DE-040887512

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 22, 2026, at 11:33 o'clock AM EDT, Maria Ibarra De Acosta completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   April 22, 2026                    By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor