**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IN RE:
**MARIA MERCEDES IBARRA DE ACOSTA**

                    Debtor(s).

**Case No.:  8:23-bk-10726-MH**

**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, AND OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE.**

**(Post BAPCPA Case)**

TO:  THE ABOVE NAMED DEBTOR(S), THEIR CREDITORS,  THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA  AND  ALL OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Amrane Cohen the Chapter 13 Trustee in the above-captioned case,  intends  to  file a  Final Report & Account, a copy of which is printed on the next page of this notice, and to obtain discharge of the Chapter 13 Trustee.

NOTICE IS HEREBY GIVEN that any remaining balance on hand less applicable trustee fees and attorney fees will be refunded to the debtor(s);

NOTICE IS HEREBY GIVEN that any party  objecting  to  the Final Report & Account may file and serve a written  objection  and request a hearing. In the event no objection is filed within thirty (30) days after the date of this Notice, the Court will  discharge   the Trustee's bond. (see Rule  5009, F.R.B.P.);

NOTICE IS FURTHER GIVEN that objection (s), if any, shall be filed with this Court and served upon the  Chapter 13 Trustee at the address  set  forth  above, upon  the  Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

Dated: 4/23/2026

          /s/ Amrane Cohen
        Amrane Cohen, Chapter 13 Trustee

**PROPOSED FINAL REPORT & ACCOUNT**
**Unsecured Percentage: 100.00 %**

| Claim# | Name | Claim Amount | Principal Paid | Interest Paid | Balance Owed |
|---|---|---|---|---|---|
| 0 | Benjamin Heston | $3,500.00 | $3,500.00 | $0.00 | $0.00 |
| 0 | Maria Mercedes Ibarra de Acosta | $486.83 | $486.83 | $0.00 | $0.00 |
| 1 | Santa Ana Division | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AT&T Corp | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PHH Mortgage | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Robertson, Anschutz, Schneid, & Crane | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | T Mobile/T-Mobile USA Inc | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | United States Trustee (SA) | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PHH MORTGAGE SERVICES | $41,479.19 | $41,479.19 | $0.00 | $0.00 |
| 8 | Amrane (SA) Cohen (TR) | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Benjamin Heston | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ROBERTSON, ANSHUTZ, SCHNEID, CRAN | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Wells Fargo Bank, National Association, as T | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | City of Santa Ana | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SOUTHERN CALIFORNIA EDISON | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | Southern California Gas Company | $831.79 | $831.79 | $0.00 | $0.00 |
| 15 | PHH MORTGAGE SERVICES | $0.00 | $72,300.07 | $0.00 | $0.00 |
| 16 | PHH MORTGAGE SERVICES | $4,673.80 | $4,673.80 | $0.00 | $0.00 |
| 17 | PHH MORTGAGE SERVICES | $950.00 | $950.00 | $0.00 | $0.00 |
| 18 | PHH Mortgage Corporation | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SoCalGas | $0.00 | $0.00 | $0.00 | $0.00 |

Summary:

| | |
|---|---|
| Total Receipts | $137,970.00 |
| Paid to Claims | $120,234.85 |
| Attorney fees | 3,500.00 |
| Debtor Refund | $486.83 |
| Trustee fees and costs | $13,748.32 |

| **In re:** | Page 3 of 4 | **CHAPTER 13** |
|---|---|---|
| Maria Mercedes Ibarra de Acosta<br>1610 S Flower St<br>Santa Ana, CA 92707 | Debtor(s). | **Case No.:** 8:23-bk-10726-MH |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT</u> will be served  or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 4/23/2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Benjamin Heston                                    <u>BHESTON.ECF@GMAIL.COM</u>

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/23/2026 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Please see attached List

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/23/2026 | ALDO AMAYA | /s/ ALDO AMAYA |
|---|---|---|
| Date | Type Name | ALDO AMAYA |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    F 9013-3.1.PROOF.SERVICE

Maria Mercedes Ibarra de Acosta
1610 S Flower St
Santa Ana, CA 92707

AT&T Corp
One AT&T Way, Room 3A 104
Bedminster, NJ 07921

Robertson, Anschutz, Schneid, & Crane
350 10th Ave Ste 1000
San Diego, CA 92101-8705

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

Amrane (SA) Cohen (TR)
770 The City Drive South Suite 3700
STE 3700
Orange, CA 92868

Benjamin Heston
100 Bayview Circle, Suite 100
Newport Beach, CA 92660

Wells Fargo Bank, National Association, as T
Robertson, Anschutz, Schneid, Crane & Pa
350 10th Avenue, suite 1000
San Deigo, CA 92101

SOUTHERN CALIFORNIA EDISON
PO BOX 800
ROSEMEAD, CA 91770

PHH Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4593

PHH Mortgage
Po Box 371458
Pittsburgh, PA 15250-7458

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

PHH MORTGAGE SERVICES
PO BOX 24781
ATTN: SV-19
WEST PALM BEACH, FL 33416

Benjamin Heston
100 Bayview Circle, Suite 100
Newport Beach, CA 92660

ROBERTSON, ANSHUTZ, SCHNEID,
CRANE, LLC
350 10TH AVENUE
SUITE 1000
SAN DIEGO, CA 92101

City of Santa Ana
20 Civic Center Plaza
Santa Ana, CA 92701

Southern California Gas Company
PO Box 30337
Los Angeles, CA 90030

SoCalGas
PO Box 30337
Los Angeles, CA 90030