United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10726-MH |
| Maria Mercedes Ibarra de Acosta | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 23, 2026 | Form ID: van110 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maria Mercedes Ibarra de Acosta, 1610 S Flower St, Santa Ana, CA 92707-1504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Apr 24 2026 02:43:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 24 2026 02:43:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + Email/Text: RASEBN@raslg.com | Apr 24 2026 02:43:00 | Wells Fargo Bank, National Association, as Trustee, Robertson, Anschutz, Schneid, Crane & Pa, 350 10th Avenue, suite 1000, San Deigo, CA 92101-8705 |
| 41494745 | + Email/Text: g17768@att.com | Apr 24 2026 02:43:00 | AT&T Corp, One AT&T Way, Room 3A 104, Bedminster, NJ 07921-2694 |
| 41494746 | ^ MEBN | Apr 24 2026 02:45:32 | PHH Mortgage, Po Box 371458, Pittsburgh, PA 15250-7458 |
| 41567276 | Email/Text: BKEBN-Notifications@ocwen.com | Apr 24 2026 02:43:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 41494747 | Email/Text: RASEBN@raslg.com | Apr 24 2026 02:43:00 | Robertson, Anschutz, Schneid, & Crane, 350 10th Ave Ste 1000, San Diego, CA 92101-8705 |
| 41551659 | ^ MEBN | Apr 24 2026 02:45:35 | SoCalGas, PO Box 30337, Los Angeles, CA 90030-0337 |
| 41494748 | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2026 02:53:27 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 41494749 | Email/Text: BKEBN-Notifications@ocwen.com | Apr 24 2026 02:43:00 | Wells Fargo Bank, Po Box 5469, Mount Laurel, NJ 08054-5469 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 23, 2026 | Form ID: van110 | Total Noticed: 11 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Maria Mercedes Ibarra de Acosta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 sdooleylewis@raslg.com |
| Sean C Ferry | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 sferry@raslg.com, sean.ferry7@ecf.courtdrive.com |
| Theron S Covey | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 AttorneyTCovey@gmail.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 7

(Form van110−dbcrtn/dbcrtni VAN−110)
Rev. 12/09

# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

# NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
 Maria Mercedes Ibarra de Acosta

**BANKRUPTCY NO.** 8:23−bk−10726−MH
**CHAPTER** 13

**SSN:** xxx−xx−5214
**EIN:** N/A

1610 S Flower St
Santa Ana, CA 92707

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above−captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14−days from the date of this notice:

1.  File a written objection to entry of discharge;

2.  Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and

3.  If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: April 23, 2026

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court

(Form van110−dbcrtn/dbcrtni VAN−110) Rev. 12/09

**55 /**