Official Form 410C13-M2 (12/25)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

In re  Maria Mercedes Ibarra de Acosta, Debtor            Case No. 8:23-bk-10726-MH
                                                           Chapter 13

## Motion Under Rule 3002.1(g)(4) to Determine Final Cure and Payment of the Mortgage Claim

The trustee states as follows:

1.  The following information relates to the mortgage claim at issue:

**Name of Claim Holder:**  PHH MORTGAGE SERVICES          **Court claim no.:**    2

**Last 4 digits** of any number used to identify the debtor's account:       5   9   8   1

**Property address:**    1610 S Flower St

| | | |
|---|---|---|
| SANTA ANA | CA | 92707 |
| City | State | ZIP Code |

2.  As of the date of this motion, I have disbursed payments to cure arrearages as follows:

   a. Allowed amount of the prepetition arrearage, if any:               $          41,479.19

   b. Total amount of the prepetition arrearage disbursed,
      if known:                                                          $          41,479.19

   c. Allowed amount of postpetition arrearage, if any:                  $           4,673.80

   d. Total amount of postpetition arrearage disbursed,
      if known:                                                          $           4,673.80

   e. Total amount of arrearages disbursed:                              $          46,152.99

3.  As of the date of this motion, I have disbursed payments for postpetition fees, expenses, and charges as follows:

   a. Amount of postpetition fees, expenses, and charges
      noticed under Rule 3002.1(c) and not disallowed:                   $             950.00

   b. Amount of postpetition fees, expenses, and charges
      disbursed:                                                         $             950.00

4.   As of the date of this motion, I have made the following payments on the postpetition obligations:                                                          $          72,300.07

5.   No additional information.

6.   I ask the court for an order under Rule 3002.1(g)(4) determining whether the debtor has cured all arrearages, if any, and paid all postpetition amounts required by the plan to be made as of the date of this motion.

Signed:      /s/ Amrane Cohen
             Trustee

Date:        05/26/2026

Address      ORANGE CITY SQUARE, 770 THE CITY DR. SOUTH, #3700
             Number          Street

             ORANGE                                    CA        92868
             City                                      State     ZIP Code

Contact Phone   (714) 621-0200          Email   efile@ch13ac.com