**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

**UNITED STATES BANKRUPTCY COURT CENTRAL**
**DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:** | **Case No.:  8:23-bk-10726-MH** |
| **MARIA MERCEDES IBARRA DE ACOSTA** | **DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT** |
| Debtor(s). | **(Completed Payments)** |

On   April 23, 2026, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account."  This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

The debtor(s) completed payments under the terms of the confirmed plan and no party in interest has objected to the "Notice of Filing of Trustee's Final Report and Account".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 09, 2026 at Orange, California.

Dated:  July 09, 2026

/s/ ALDO AMAYA
ALDO AMAYA