United States Bankruptcy Court

Central District of California

| In re: | Case No. 23-10726-MH |
|---|---|
| Maria Mercedes Ibarra de Acosta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 09, 2026 | Form ID: van111 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Mercedes Ibarra de Acosta, 1610 S Flower St, Santa Ana, CA 92707-1504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jul 10 2026 01:43:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jul 10 2026 01:43:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 10 2026 01:43:00 | Wells Fargo Bank, National Association, as Trustee, Robertson, Anschutz, Schneid, Crane & Pa, 350 10th Avenue, suite 1000, San Deigo, CA 92101-8705 |
| 41494745 | + | Email/Text: g17768@att.com | Jul 10 2026 01:43:00 | AT&T Corp, One AT&T Way, Room 3A 104, Bedminster, NJ 07921-2694 |
| 41494746 | ^ | MEBN | Jul 10 2026 01:33:34 | PHH Mortgage, Po Box 371458, Pittsburgh, PA 15250-7458 |
| 41567276 | | Email/Text: BKEBN-Notifications@ocwen.com | Jul 10 2026 01:43:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 41494747 | | Email/Text: RASEBN@raslg.com | Jul 10 2026 01:43:00 | Robertson, Anschutz, Schneid, & Crane, 350 10th Ave Ste 1000, San Diego, CA 92101-8705 |
| 41551659 | ^ | MEBN | Jul 10 2026 01:34:01 | SoCalGas, PO Box 30337, Los Angeles, CA 90030-0337 |
| 41494748 | | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2026 01:47:28 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 41494749 | | Email/Text: BKEBN-Notifications@ocwen.com | Jul 10 2026 01:43:00 | Wells Fargo Bank, Po Box 5469, Mount Laurel, NJ 08054-5469 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Onity Mortgage Corporation F/K/A PHH Mortgage Corp |

District/off: 0973-8                           User: admin                                    Page 2 of 2
Date Rcvd: Jul 09, 2026                        Form ID: van111                              Total Noticed: 11
TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Maria Mercedes Ibarra de Acosta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 sdooleylewis@raslg.com |
| Sean C Ferry | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 sferry@raslg.com, sean.ferry7@ecf.courtdrive.com |
| Sean C Ferry | on behalf of Creditor Onity Mortgage Corporation F/K/A PHH Mortgage Corporation sferry@raslg.com sean.ferry7@ecf.courtdrive.com |
| Theron S Covey | on behalf of Creditor Wells Fargo Bank  National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 AttorneyTCovey@gmail.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## <u>NOTICE OF REQUIREMENT TO FILE A DEBTOR'S<br>CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND<br>APPLICATION FOR ENTRY OF DISCHARGE</u>

**DEBTOR(S) INFORMATION:**                                **BANKRUPTCY NO.**  8:23–bk–10726–MH
Maria Mercedes Ibarra de Acosta                **CHAPTER**  13
**SSN:** xxx–xx–5214
**EIN:** N/A

1610 S Flower St
Santa Ana, CA 92707

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above–captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: July 9, 2026

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court