Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Maria Mercedes Ibarra de Acosta | ) Chapter 13<br>)<br>) Case No.: 8:23-bk-10726-MH<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **304156** in the sum of **$486.83** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

Maria Mercedes Ibarra de Acosta
1610 S Flower St
Santa Ana, CA 92707

Date: August 10, 2026          __/S/_____
                              Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Deb 1 - Deb 2 ACCT SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 2310726 | Maria Mercedes Ibarra de Acosta | | 5214 | 486.83 | 0.00 | 486.83 |
| | Claim: 00000    UCI: | Debtor Refund | | | | |
| | | TOTALS | | 486.83 | 0.00 | 486.83 |

Maria Mercedes Ibarra de Acosta

BALANCE:         0.00   [0.00  104/00000]
SSN: XXX-XX-5214   SSN:
ACCT:                         CASE: 2310726
PRINCIPAL:      486.83   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0304156

Aug 05, 2026

VOID 90 DAYS FROM DATE

*******$486.83

**PAY**    Four Hundred Eighty Six And 83 / 100 Dollars

**TO THE ORDER OF**    *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

VOID COPY

⑈0304156⑈ ⑈061100790⑈000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.