**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 23-10726** |
| **MARIA MERCEDES IBARRA DE ACOSTA** | § | |
| | § | |
| | § | |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | PHH Mortgage Corporation |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: **800-365-7107**
Last Four Digits of Acct #: **xxxxxx5981**

Court Claim # (if known): 2-1
Amount of Claim: $581,234.08
Date Claim Filed: 6/13/2023

Phone:
Last Four Digits of Acct.#: 5981

Name and Address where transferee payments should be sent (if different from above):

**NewRez LLC d/b/a Shellpoint Mortgage Servicing**
**PO Box 10826**
**Greenville, SC 29603-0826**

Phone: 800-365-7107
Last Four Digits of Acct #: **xxxxxx5981**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Craig A. Edelman
Transferee/Transferee's Agent

Date: 8/20/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Bonial & Associates, P.C.**
**P.O. Box 9013**
**Addison, Texas 75001**
**(972) 643-6600**
**Email: POCInquiries@BonialPC.com**
**Authorized Agent for Creditor**

A true and correct copy of the foregoing document entitled *(specify)*: Transfer of Claim

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 27, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*Trustee*
AMRANE COHEN

*Debtor Attorney*
Benjamin Heston
bhestonecf@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On *(date)* August 27, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor*
Maria Mercedes Ibarra De Acosta
1610 S Flower St
Santa Ana, CA 92707-1504

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) August 27, 2026 served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented inwriting to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes adeclaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after thedocument is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/20/2026 | Craig A. Edelman | /s/ Craig A. Edelman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

CAC_Shell_TOC_2310726_2_0BXG_220