United States Bankruptcy Court

Central District of California

In re:
Maria Mercedes Ibarra de Acosta
Debtor

Case No. 23-10726-MH
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-8 User: admin Page 1 of 2
Date Rcvd: Aug 27, 2026 Form ID: trc Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 41567276 | Email/Text: BKEBN-Notifications@ocwen.com | Aug 28 2026 02:33:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Maria Mercedes Ibarra de Acosta bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Craig A Edelman | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION notice@bkcylaw.com |
| Dane W Exnowski | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Sarah Arlene Dooley-Lewis | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage |

| | |
|---|---|
| | Pass-Through Certificates, Series 2007-BC1 sdooleylewis@raslg.com |
| Sean C Ferry | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 sferry@raslg.com, sean.ferry7@ecf.courtdrive.com |
| Sean C Ferry | on behalf of Creditor Onity Mortgage Corporation F/K/A PHH Mortgage Corporation sferry@raslg.com sean.ferry7@ecf.courtdrive.com |
| Theron S Covey | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 AttorneyTCovey@gmail.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Central District of California
Case No. 8:23-bk-10726-MH
Chapter 13

In re: Debtor(s) (including Name and Address)

Maria Mercedes Ibarra de Acosta
1610 S Flower St
Santa Ana CA 92707

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/27/2026.

Name and Address of Alleged Transferor(s):

Claim No. 2: PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage
Servicing
PO Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/29/26

Kathleen J. Campbell
**CLERK OF THE COURT**