| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen, Chapter 13 Trustee<br>Brian D. Wirsching (SBN 189493)<br>770 The City Drive South, Suite 3700<br>Orange, CA 92868<br>Tel: 714-621-0200<br>Office email: Efile@ch13ac.com<br>Direct email: Brian@ch13.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>Maria Mercedes Ibarra de Acosta<br><br>Debtor(s) | CASE NO.: 8:23-bk-10726-MH<br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): MOTION TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM |
|---|---|

PLEASE TAKE NOTE that the order titled Order Determining Whether Defaults Have Been Cured and Postpetition Amounts Paid

was lodged on (*date*) 09/21/2026 and is attached. This order relates to the motion which is docket number 58.

[1] Please abbreviate if title cannot fit into text field.

Amrane Cohen, Chapter 13 Trustee
Brian D. Wirsching (SBN 189491)
770 The City Drive South, Suite 3700
Orange, CA 92868
Tel: (714) 621-0200
Office email: efile@ch13ac.com
Direct email: Brian@ch13ac.com

Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MARIA MERCEDES IBARRA DE ACOSTA<br><br>Debtor(s). | **Case No.: 8:23-bk-10726-MH**<br><br>Chapter 13<br><br>**ORDER DETERMINING WHETHER DEFAULTS HAVE BEEN CURED AND POSTPETITION AMOUNTS PAID**<br><br>Hearing:<br>Date: September 17, 2026<br>Time: 10:30 am<br>Courtroom: 6C<br>Address: 411 West Fourth Street, Santa Ana, CA 92701 |

On April 21, 2026, Amrane Cohen, Chapter 13 Trustee, (the "Trustee") filed a Trustee's Notice of Disbursements Made [Docket No. 52] which stated that payments were completed under the plan. On May 12, 2026, creditor PHH Mortgage (as servicer for Wells Fargo) filed a Response to Chapter 13 Trustee's Notice of Disbursements Made re Rule 3002.1 (Claim # 2) which stated that: a) all amounts required to cure prepetition arrears had been paid in full; b) that the amount required to cure any postpetition arrearage had been paid in full (with a notation that Debtor is to resume mortgage payments

beginning April 2, 2026); and c) that debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

On May 26, 2026, the Trustee filed a Motion to Determine Final Cure and Payment of the Mortgage Claim re Rule 3002.1 [Docket No. 58] (the "Motion") under FRBP 3002.1(g)(4)(A) for the Court to determine whether defaults have been cured and postpetition amounts paid with respect to the following mortgage:

**Name of Claim Holder:** Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 ("Wells Fargo").

**Court claim no.:** 02.

**Last 4 digits of any number used to identify the debtor's account:** 5981.

**Property address:** 1610 Flower Street, Santa Ana, CA 92707.

On July 1, 2026, Wells Fargo filed a Response to Motion to Determine Final Cure and Payment of the Mortgage Claim re Rule 3002.1 (Claim #2) (the "Response") which asserted that: a) as of the date of the Response, the debtor had paid in full the amount required to cure any arrearage on this mortgage claim; and b) the debtor was current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

Based upon the uncontroverted facts set forth in the Motion and the Response, the Court finds that:

1. As of the date of the Motion, the Trustee has disbursed payments to cure arrearages as follows:

a. Allowed amount of the prepetition arrearage, if any: <u>$41,479.19</u>.

b. Total amount of the prepetition arrearage disbursed, if known: <u>$41,479.19</u>.

c. Allowed amount of postpetition arrearage, if any: <u>$4,673.80</u>.

d. Total amount of postpetition arrearage disbursed, if known: <u>$4,673.80</u>.

e. Total amount of arrearages disbursed: <u>$46,152.99</u>.

2. As of the date of the Motion, the Trustee has disbursed payments for postpetition fees, expenses, and charges as follows:

a. Amount of postpetition fees, expenses, and charges noticed under Rule 3002.1(c) and not disallowed: $950.00.

b. Amount of postpetition fees, expenses, and charges disbursed: $950.00.

3. As of the date of the Motion, the Trustee has made the following payments on the postpetition obligations: $72,300.07.

Based on foregoing facts, and for good cause appearing,

IT IS ORDERED that:

1. The debtor has cured all defaults and paid all required postpetition amounts through the month of March 2026;

2. The claim holder must credit payments received from the debtor on or after May 2, 2026 to the monthly payments due beginning April 1, 2026; and

3. The claim holder must not assess to the account any defaults, fees, or other charges arising or incurred prior to May 2, 2026.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
770 The City Drive South, Suite 3700
Orange. CA 92868

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/21/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 09/21/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Maria Mercedes Ibarra de Acosta
1610 S Flower St
Santa Ana, CA 92707

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _______________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/21/2026 | Reyna Patrick | /s/ Reyna Patrick |
| *Date* | *Printed Name* | *Signature* |

MAIL SERVICE

PHH Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605

NEF SERVICE LIST

- **Amrane (SA) Cohen (TR)** efile@ch13ac.com
- **Theron S Covey** AttorneyTCovey@gmail.com
- **Sarah Arlene Dooley-Lewis** sdooleylewis@raslg.com
- **Dane W Exnowski** dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
- **Sean C Ferry** sferry@raslg.com, sean.ferry7@ecf.courtdrive.com
- **Benjamin Heston** bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov