Amrane Cohen, Chapter 13 Trustee
Brian D. Wirsching (SBN 189491)
770 The City Drive South, Suite 3700
Orange, CA 92868
Tel: (714) 621-0200
Office email: efile@ch13ac.com
Direct email: Brian@ch13ac.com

Chapter 13 Trustee

FILED & ENTERED

SEP 21 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

In re

MARIA MERCEDES IBARRA DE ACOSTA

Debtor(s).

**Case No.: 8:23-bk-10726-MH**

Chapter 13

**ORDER DETERMINING WHETHER DEFAULTS HAVE BEEN CURED AND POSTPETITION AMOUNTS PAID**

Hearing:
Date: September 17, 2026
Time: 10:30 am
Courtroom: 6C
Address: 411 West Fourth Street, Santa Ana, CA 92701

On April 21, 2026, Amrane Cohen, Chapter 13 Trustee, (the "Trustee") filed a Trustee's Notice of Disbursements Made [Docket No. 52] which stated that payments were completed under the plan. On May 12, 2026, creditor PHH Mortgage (as servicer for Wells Fargo) filed a Response to Chapter 13 Trustee's Notice of Disbursements Made re Rule 3002.1 (Claim # 2) which stated that: a) all amounts required to cure prepetition arrears had been paid in full; b) that the amount required to cure any postpetition arrearage had been paid in full (with a notation that Debtor is to resume mortgage payments

beginning April 2, 2026); and c) that debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

On May 26, 2026, the Trustee filed a Motion to Determine Final Cure and Payment of the Mortgage Claim re Rule 3002.1 [Docket No. 58] (the "Motion") under FRBP 3002.1(g)(4)(A) for the Court to determine whether defaults have been cured and postpetition amounts paid with respect to the following mortgage:

**Name of Claim Holder:** Wells Fargo Bank, National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-BC1 ("Wells Fargo").

**Court claim no.:** 02.

**Last 4 digits of any number used to identify the debtor's account:** 5981.

**Property address:** 1610 Flower Street, Santa Ana, CA 92707.

On July 1, 2026, Wells Fargo filed a Response to Motion to Determine Final Cure and Payment of the Mortgage Claim re Rule 3002.1 (Claim #2) (the "Response") which asserted that: a) as of the date of the Response, the debtor had paid in full the amount required to cure any arrearage on this mortgage claim; and b) the debtor was current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

Based upon the uncontroverted facts set forth in the Motion and the Response, the Court finds that:

1. As of the date of the Motion, the Trustee has disbursed payments to cure arrearages as follows:

a. Allowed amount of the prepetition arrearage, if any: <u>$41,479.19</u>.

b. Total amount of the prepetition arrearage disbursed, if known: <u>$41,479.19</u>.

c. Allowed amount of postpetition arrearage, if any: <u>$4,673.80</u>.

d. Total amount of postpetition arrearage disbursed, if known: <u>$4,673.80</u>.

e. Total amount of arrearages disbursed: <u>$46,152.99</u>.

2. As of the date of the Motion, the Trustee has disbursed payments for postpetition fees, expenses, and charges as follows:

a. Amount of postpetition fees, expenses, and charges noticed under Rule 3002.1(c) and not disallowed: $950.00.

b. Amount of postpetition fees, expenses, and charges disbursed: $950.00.

3. As of the date of the Motion, the Trustee has made the following payments on the postpetition obligations: $72,300.07.

Based on foregoing facts, and for good cause appearing,

IT IS ORDERED that:

1. The debtor has cured all defaults and paid all required postpetition amounts through the month of March 2026;

2. The claim holder must credit payments received from the debtor on or after May 2, 2026 to the monthly payments due beginning April 1, 2026; and

3. The claim holder must not assess to the account any defaults, fees, or other charges arising or incurred prior to May 2, 2026.

###

Date: September 21, 2026

Mark Houle
United States Bankruptcy Judge